# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| MICHAEL RONALD BROOKS,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 83542 |
| MICHAEL RONALD BROOKS,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 83608 |

**FILED**

OCT 28 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are pro se appeals from judgments of conviction. This court's review of these appeals reveals a jurisdictional defect. Specifically, the district court entered the judgments of conviction on July 16, 2021. Appellant did not file the notices of appeal, however, until September 21, 2021, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), this court lacks jurisdiction to consider the appeals, and

ORDERS these appeals DISMISSED.[1]

_____, J.
Cadish

_____, J.          _____, J.
Pickering                                              Herndon

[1]Based on this dismissal, the court takes no action in regard to the pro se letter filed in Docket No. 83608.

21-31676

cc: Hon. Kathleen M. Drakulich, District Judge
    Michael Ronald Brooks
    Attorney General/Carson City
    Washoe County District Attorney
    Washoe District Court Clerk